| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David R. Haberbush, Esq. SNB 107190<br>Vanessa M. Haberbush, Esq. SBN 287044<br>HABERBUSH, LLP<br>444 W. Ocean, Blvd., Suite 1400<br>Long Beach, CA 90802<br>Tel: 562-435-3456<br>Fax: 652-435-6335<br>E Mail: Vhaberbush@LBinsolvency.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Plaintiff | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>FARGO TRUCKING COMPANY, INC.,<br><br><br>Debtor(s). | CASE NO.:  2:17-bk-23714-NB<br><br>ADVERSARY NO.: 2:19-ap-01464-NB<br><br>CHAPTER:  11 |
|---|---|
| FARGO TRUCKING COMPANY, INC,<br>POST-CONFRIMATION COMMITTEE ON BEHALF OF THE FARGO TRUCKING COMPANY INC. LIQUIDATION TRUST<br>Plaintiff(s).<br>vs.<br>OOCL (USA), DBA ORIENT OVERSEAS CONTAINER LINE, OOCL LOGISTICS (USA), INC. AND DOES 1- 100<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:  03/02/2021<br>TIME:  1:00 pm<br>COURTROOM:  1545<br>ADDRESS:  255 E. Temple Street<br>Los Angeles, CA 90012 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A. PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? ☒ Yes ☐ No

2. Have all parties filed and served answers to the Claims Documents? ☒ Yes ☐ No

3. Have all motions addressed to the Claims Documents been resolved? ☒ Yes ☐ No

4. Have counsel met and conferred in compliance with LBR 7026-1? ☒ Yes ☐ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):
   Motion by Defendant to withdraw the reference US District Court has been resolved by stipulation and order of the US District Court. See paragraph G for additional information.

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   | Plaintiff | Defendant |
   |---|---|
   | Trial scheduled for June 28, 2021 in the District Court case. | Trial scheduled for June 28, 2021 in the District Court case. |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

   | Plaintiff | Defendant |
   |---|---|
   | Due to the number of possible depositions and difficulty in locating them due to the passage of time as well as any additional discovery reulting therefrom. | Due to the number of possible depositions and difficulty in locating them due to the passage of time as well as any additional discovery resulting therefrom. |

3. When do you expect to complete <u>your</u> discovery efforts?

   | Plaintiff | Defendant |
   |---|---|
   | April 2021 | April 2021 |

4. What additional discovery do you require to prepare for trial?

   | Plaintiff | Defendant |
   |---|---|
   | Interrogatories, Requests to Produce Documents, Requests for Admission, and Party and Third Party Depositions | Interrogatories, Requests to Produce Documents, Requests for Admission, and Party and Third Party Depositions |

**C. TRIAL TIME:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

   | Plaintiff | Defendant |
   |---|---|
   | 2-3 Weeks | 2-3 Weeks |

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

   | Plaintiff | Defendant |
   |---|---|
   | Unknown | Unknown |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                        Page 2                        F 7016-1.STATUS.REPORT

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Unknown | Unknown |

### D. PRETRIAL CONFERENCE:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☐ is ☒ is not requested | Pretrial conference ☐ is ☒ is not requested |
| Reasons: | Reasons: |
| A pretrial conference is scheduled in the District Court on June 4, 2021 | A pretrial conference is scheduled in the District Court on June 4, 2021 |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) _____ | (date) _____ |

### E. SETTLEMENT:

1. What is the status of settlement efforts?

    On December 8, 2021, the parties participated in mediation. Mediation did not result in a resolution of the action.

2. Has this dispute been formally mediated?    ☒ Yes    ☐ No
   If so, when?
   On December 8, 2021, the parties participated in mediation. Mediation did not result in a resolution of the action.

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes    ☒ No | ☐ Yes    ☒ No |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                               Page 3                               F 7016-1.STATUS.REPORT

## F. FINAL JUDGMENT/ORDER:

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

**Plaintiff**

☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**Defendant**

☐ I do consent
☒ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

## G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL: (*Use additional page if necessary*)

The parties have resolved the motion to withdraw the reference currently pending before the US District Court by stipulation, which was filed with the US District Court on March 12, 2020. On March 27, 2020, the US District Court entered an order approving the stipulation. A true and correct copy of the order approving the stipulation was attached as Exhibit "1" to the status report filed on April 21, 2020 [docket number 15]. Pursuant to that order, the matter is withdrawn as follows: (1) The trial of this matter will be conducted by the District Court; (2) All dispositive motions (including pursuant to Fed. R. Civ. Pro. 12(c) and 56), which seek ultimate relief on one or more of the claims and or defenses pled in the operative pleadings, will be ruled upon by the District Court; (3) All pretrial proceedings, through approval and entry of the pretrial order, with the exception of dispositive motions as set forth above, will remain with the Bankruptcy Court. The Bankruptcy Court will rule upon these matters in the first instance, and wherever necessary, issue findings of fact and conclusions of law for the District Court's review.

Further, on October 28, 2020, the District Court entered a Civil Minutes-General setting forth the trial deadlines. A true and correct copy of the Civil Minutes-General was attached to the as Exhibit "A" to the status report filed on December 8, 2020 [docket number 28].

Respectfully submitted,

Date: 2/17/2021

HABERBUSH, LLP
Printed name of law firm

*[Signature]*
Signature

Vanessa M. Haberbush
Printed name

Attorney for: Plaintiff

Date: _____

GORDON REES SCULLY MANSUKHANI, LLP
Printed name of law firm

Signature

Jeffrey D. Cawdrey
Printed name

Attorney for: Defendant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 4    F 7016-1.STATUS.REPORT

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

<u>Plaintiff</u>
☒ I do consent
☐ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

<u>Defendant</u>
☐ I do consent
☒ I do not consent
to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

The parties have resolved the motion to withdraw the reference currently pending before the US District Court by stipulation, which was filed with the US District Court on March 12, 2020. On March 27, 2020, the US District Court entered an order approving the stipulation. A true and correct copy of the order approving the stipulation was attached as Exhibit "1" to the status report filed on April 21, 2020 [docket number 15]. Pursuant to that order, the matter is withdrawn as follows: (1) The trial of this matter will be conducted by the District Court; (2) All dispositive motions (including pursuant to Fed. R. Civ. Pro. 12(c) and 56), which seek ultimate relief on one or more of the claims and or defenses pled in the operative pleadings, will be ruled upon by the District Court; (3) All pretrial proceedings, through approval and entry of the pretrial order, with the exception of dispositive motions as set forth above, will remain with the Bankruptcy Court. The Bankruptcy Court will rule upon these matters in the first instance, and wherever necessary, issue findings of fact and conclusions of law for the District Court's review.

Further, on October 28, 2020, the District Court entered a Civil Minutes-General setting forth the trial deadlines. A true and correct copy of the Civil Minutes-General was attached to the as Exhibit "A" to the status report filed on December 8, 2020 [docket number 28].

Respectfully submitted,

Date: _____
HABERBUSH, LLP
Printed name of law firm

_____
Signature

Vanessa M. Haberbush
Printed name

Attorney for: Plaintiff

Date: 02/17/2021
GORDON REES SCULLY MANSUKHANI, LLP
Printed name of law firm

*[signature]*
_____
Signature

Jeffrey D. Cawdrey
Printed name

Attorney for: Defendant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 4                    **F 7016-1.STATUS.REPORT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

444 West Ocean Boulevard, Suite 1400, Long Beach, CA 90802

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 17, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Jeffrey D Cawdrey**   jcawdrey@grsm.com, madeyemo@gordonrees.com;sdurazo@grsm.com
- **David R Haberbush**
dhaberbush@lbinsolvency.com, ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,vhaberbush@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com,lbogard@lbinsolvency.com

- **Vanessa M Haberbush**
vhaberbush@lbinsolvency.com, dhaberbush@lbinsolvency.com,ahaberbush@lbinsolvency.com,abostic@lbinsolvency.com,haberbush.assistant@gmail.com,jborin@lbinsolvency.com,lbogard@lbinsolvency.com
- **United States Trustee (LA)**
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 17, 2021 | Alexander S. Bostic | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE